UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CNG Financial Corporation, *et. al.*, | : | Case No. 1:21-cv-00460 |
| Plaintiffs, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| ROBERT BRICHLER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER TEMPORARILY GRANTING MOTION (DOC. 13) FOR LEAVE TO FILE UNDER SEAL

This civil action is before the Court on Defendant's motion to file deposition transcripts and its memorandum in opposition to Plaintiffs' motion for a preliminary injunction under a seal (Doc. 13) pursuant to the protective order in this case. (Doc. 6). In order to seal court records, a district court must set forth specific findings and conclusions which justify filing documents under seal. *See Shane Grp. Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 306 (6th Cir. 2016). The Court cannot make such a finding at this time because Defendant does not set forth any details that would justify a seal. Defendant does explain that it is waiting for Plaintiffs to determine which portions of the depositions Plaintiffs consider sensitive.  In the interim, Defendant's filing deadline has arrived.

Accordingly, and in consideration of the expedited briefing schedule (*see* 8/2/21 notation order), the Court TEMPOARILY GRANTS Defendant leave to file documents under seal on the condition that the seal will expire 60 days from filing unless (1) any

party successfully moves to seal certain portions of its filing under the standards set forth by the Sixth Circuit Court of Appeals, or (2) any party moves to extend the conditional period on the basis that a motion to seal is pending before this Court.

**IT IS SO ORDERED.**

Date:   8/17/2021                                        *s/Timothy S. Black*
                                                        Timothy S. Black
                                                        United States District Judge