UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CNG Financial Corporation, *et. al.*, | : | Case No. 1:21-cv-00460 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| ROBERT BRICHLER, | : | |
| Defendant. | : | |

**ORDER TEMPORARILY GRANTING MOTION (DOC. 20) FOR LEAVE TO FILE UNDER SEAL**

This civil action is before the Court on Plaintiffs' motion (Doc. 20) to file deposition transcripts, other exhibits, and its reply memorandum in further support of a preliminary injunction under a seal pursuant to the protective order in this case. (Doc. 6). In order to seal court records, a district court must set forth specific findings and conclusions which justify filing documents under seal. *See Shane Grp. Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 306 (6th Cir. 2016). The Court cannot make such a finding at this time because Plaintiffs only generally assert that documents to be placed under seal contain, for example, "proprietary information" or "sensitive business plans and strategies." (Doc. 20 at 4). In other words, Plaintiffs fail to "analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations." *Shane Grp.*, 825 F.3d at 305-06.

However, because of the expedited discovery and briefing schedule, both parties "are still in the process of designating testimony as Confidential and/or Attorneys' Eyes Only as appropriate." (Doc 20 at 4). In the interim, Plaintiffs' deadline to file has arrived.

Accordingly, and in consideration of the expedited briefing schedule (*see* 8/2/21 notation order), the Court TEMPORARILY GRANTS Plaintiffs leave to file documents under seal on the condition that the seal will expire 60 days from filing unless (1) any party successfully moves to seal certain portions of its filing under the standards set forth by the Sixth Circuit Court of Appeals, or (2) any party moves to extend the conditional period on the basis that a motion to seal is pending before this Court.

**IT IS SO ORDERED.**

Date:   8/20/2021                                        *s/Timothy S. Black*
                                                        Timothy S. Black
                                                        United States District Judge