# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION, *et al.*, | Case No. 1:21-cv-460 |
| *Plaintiffs*, | Judge Jeffery P. Hopkins |
| vs. | Chief Magistrate Judge Karen L. Litkovitz |
| ROBERT BRICHLER, *et al.*, | |
| *Defendants*. | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by Chief Magistrate Judge Karen L. Litkovitz that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown, up to and until **May 3, 2024**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 2/26/2024

Hon. Jeffery P. Hopkins
United States District Judge